479 A.2d 1094

Commonwealth v. Blount, Appellant.

Submitted December 9, 1979. Joel P. Trigiani, for appellant; Jane Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, BROSKY and POPOVICH, JJ.

Judgment of sentence affirmed.